UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELVIN BERNARD FLOWERS,

    Petitioner,

v.                                          CASE NO. 6:08-cv-1982-Orl-19KRS
                                                  (6:06-cr-125-Orl-19KRS))

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

This case is before the Court on the following motion:

    **MOTION**:    Petitioner's Motion to Dismiss Without Prejudice his 28 U.S.C. § 2255 Motion (Doc. No. 6).

Thereon, it is **ORDERED** that the motion is **DENIED** without prejudice. On December 23, 2008, the Court entered an Order allowing Petitioner twenty days to refile his § 2255 motion and memorandum in support. *See* Doc. No. 5. The instant motion was signed by Petitioner on December 22, 2008. Therefore, it appears that Petitioner had not received the Court's December 23, 2008, Order prior to drafting the instant motion. As such, it is not clear if Petitioner still wishes the Court to dismiss the instant action. Accordingly, the instant action will not be dismissed without prejudice until the time elapses in which Petitioner may refile his § 2255 motion and memorandum in support in accordance with the December 23, 2008, Order.

    **DONE AND ORDERED** at Orlando, Florida, this __5th__ day of January, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 1/5
Delvin Bernard Flowers